IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

NIKOLAS MARIA,
Plaintiff,

v. Case No. ______________________

OZARK KENWORTH, LLC,
d/b/a MHC Kenworth.

**COMPLAINT**

The Plaintiff, by and through undersigned counsel, states as and for his Complaint in this action as follows:

PARTIES, JURISDICTION AND VENUE

1. The Plaintiff, Nikolas Maria, is a resident of the state of Florida, but at the time of the events described was a resident of the state of Missouri.

2. Ozark Kenworth, LLC is a Missouri Limited Liability Company, is registered to do business in Missouri**,** is transacting business in Greene County, Missouri and may be served with process through its Registered Agent, Capitol Corporate Services, Inc., 222 E. Dunklin, Suite 102, Jefferson City, Missouri 65101.

3. Venue is properly placed with this Court pursuant to 28 U.S.C. § 1391(b)(1) and to 42 U.S.C. § 2000e—5(f)(3).

4. This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331**,** federal question, and 28 U.S.C. § 1332**,** diversity of citizenship.

ALLEGATIONS OF FACT

5. Maria began employment with the Kenworth on November 11, 2019 performing

the position of Driver. He was later a Store Manager and a Parts Manager.

6. While working for Kenworth, Maria observed unlawful discrimination and was instructed to engage in unlawful discrimination by senior leadership.

7. For example, Maria was explicitly directed not to hire women or older individuals.

8. Maria was instructed to terminate or otherwise remove employees who had previously filed Human Resources complaints against Maria's supervisor.

9. Those directives constituted discrimination based on sex and age and retaliation against employees who had engaged in protected activity.

10. Maria refused to adhere to these unlawful employment practices.

11. Maria reported the directives issued to him that pertained to the discriminatory practices to a supervisor.

12. As a result of making these reports, the Chief Executive Officer-President and the Vice President of Human Resources contacted Maria directly regarding the reports.

13. As a result of making the reports, the CEO-President and the Vice President of Human Resources targeted Maria for retaliation because he opposed and refused to participate in unlawful employment practices and because he reported such practices to management.

14. Because of the retaliation and hostile work environment, Maria submitted his resignation. However, an agreement was reached that required Maria to continue working on projects for about a month. After about a week and after Maria had completed a major project, Kenworth terminated Maria's employment.

## COUNT I
## TITLE VII – RETALIATION FOR OPPOSITION ACTIVITY

15. The Plaintiff incorporates by reference paragraphs 1 through 14 as though fully set forth herein.

16. Title VII, 42 U.S.C. §2000e(3)(a) prohibits an employer from discriminating against an employee who opposes an employment practice that has been made unlawful. Sex discrimination has been made an unlawful practice by 42 U.S.C. 2000e—2(a)(1).

17. The Plaintiff engaged in protected activity. The Defendant had knowledge of that activity.

18. The Plaintiff suffered an adverse action from the Defendant after engaging in protected activity.

19. There is a causal connection between the Plaintiff's reports and the adverse action.

20. The reports were a cause of the Plaintiff's termination by the Defendant.

21. The Plaintiff has suffered damages as a result of his termination.

22. The Plaintiff has mitigated his damages.

WHEREFORE, the Plaintiff requests that the Court enter a judgment in his favor against the Defendant for back pay, including wage increases and reimbursement of any lost fringe benefits, retirement plan benefits, pension benefits, Social Security contributions, for an award of front pay, emotional pain and suffering, mental anguish, inconvenience, loss of enjoyment of life, for punitive damages, for reasonable attorney fees, and for pre-judgment interest, all in excess of $75,000.00 and for such other and further relief as the Court may deem just and equitable.

## COUNT II
## AGE DISCRIMINATION IN EMPLOYMENT RETALIATION FOR OPPOSITION ACTIVITY

23. The Plaintiff incorporates by reference paragraphs 1 through 14 as though fully set forth herein.

24. Discrimination in employment on the basis of age for workers over 40 years of age has

been made unlawful. 29 U.S.C. § 621, et seq.

25. The Plaintiff engaged in protective activity.

26. The Plaintiff suffered an adverse action from the Defendant after engaging in the protective activity.

27. There is a causal connection between the Plaintiff's reports and the adverse action.

28. The Defendants had knowledge of the Plaintiff's reports.

29. The Defendant's termination of the Plaintiff was an employment action that was adverse to the Plaintiff, disadvantaged the Plaintiff, or would dissuade a reasonable worker from exercising protected rights under the ADEA.

30. Opposing an employer's unlawful conduct was made a violation of the Age Discrimination in Employment Act. 29 U.S.C. § 623(d).

31. The Plaintiff's opposition to unlawful discrimination was a cause of the Plaintiff's termination.

32. The Plaintiff has sustained monetary damages from the termination.

33. The Plaintiff has mitigated his damages.

WHEREFORE, the Plaintiff requests the Court to enter a judgment against the Defendants for his back pay with interest, special damages, including litigation costs, expert witness fees, and reasonable attorney fees and for such other and further relief as the Court may deem just and equitable.

Respectfully submitted,

*/s/ Theodore J. Lickteig*______
Theodore J. Lickteig #12977
Lickteig Law Firm, LLC

12760 W. 87th Street, Suite 112
Lenexa, Kansas 66215-2878
tjllawoffice@planetkc.com
*Attorney for Plaintiff*

**DEMAND FOR JURY TRIAL**

On behalf of the Plaintiff, he requests a trial by jury on all issues so triable pursuant to Rule 38 and the Seventh Amendment to the U.S. Constitution.

*/s/ Theodore J. Lickteig*__________

JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):

First Listed Plaintiff:
Nikolas Maria ;
**County of Residence:** Outside This District

### Defendant(s):

First Listed Defendant:
LLC Kenworth Ozark ;
**County of Residence:** Greene County

**County Where Claim For Relief Arose:** Greene County

### Plaintiff's Attorney(s):

Theodore Lickteig (Nikolas Maria)
Lickteig Law Firm, LLC
12760 W. 87th Street Pkway, Suite 112
Lenexa, Kansas 66215
**Phone:** 913-894-1090
**Fax:**
**Email:** tjllawoffice@planetkc.com

### Defendant's Attorney(s):

Unknown (Kenworth Ozark)

, Missouri
**Phone:**
**Fax:**
**Email:**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

**Plaintiff:** N/A

**Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 442 Employment

**Cause of Action:** 42 U.S.C. 2000e(3)(a) Retaliation for Opposition Activity

**Requested in Complaint**

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):** 75,000

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Theodore J. Lickteig

**Date:** 10/27/2026

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.